IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. DNCW3:08CR172-1 |
| vs. | ) (Financial Litigation Unit) |
| | ) |
| | ) |
| MARK WEISSENBACH. | ) |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and STATE FARM LIFE INSURANCE COMPANY:

A judgment was entered on October 30, 2009, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Mark Weissenbach, whose last known address is XXXXXXXXXXX, Midland, NC 28107, in the sum of $127,448.09. The balance on the account as of August 7, 2012 is $71,292.14.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and State Farm Life Insurance Company is commanded to **turn over property** in which Defendant, Mark Weissenbach, Social Security Number XXX-XX-6645, has a substantial nonexempt interest, the said property being any and all funds in accounts held by State Farm Life Insurance Company in the name of Mark Weissenbach, including but not limited to, policy number XX-XXXX-9208, at the following address: State Farm Life Insurance Company, Newark Operations Center, PO Box 3040, Newark, OH 43058-3040.

Signed: September 4, 2012

_____
Frank D. Whitney
United States District Judge